FILED
CLERK, U.S. DISTRICT COURT

Dec 2, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fullips LLC, a limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>Mary Ann Shnaider, an individual; iLash Lab, Inc., a California corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 15-cv-04969-SVW (PLAx)<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>JS-6 |

The parties have filed a Joint Motion to Dismiss the above action. For good cause appearing, this Court hereby orders the entire action dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: December 2, 2015

_____
Hon. Stephen V. Wilson
United States District Judge